B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Southern District of Texas
Case No. <u>12−70073</u>
Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Leopoldo Diaz  
aka Leo Diaz  
101 S. Pleasent View Dr.  
Weslaco, TX 78596

Rosalee Diaz  
fka Rosalee Campos  
101 S. Pleasent View Dr.  
Weslaco, TX 78596

Social Security / Individual Taxpayer ID No.:
xxx−xx−2473                              xxx−xx−9859

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>8/1/12</u>

<u>Richard S. Schmidt</u>  
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                           Southern District of Texas

In re:                                                    Case No. 12-70073-rss
Leopoldo Diaz                                             Chapter 7
Rosalee Diaz
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0541-7        User: gcha              Page 1 of 3       Date Rcvd: Aug 01, 2012
                            Form ID: b18            Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2012.
db/jdb       +Leopoldo Diaz,   Rosalee Diaz,    101 S. Pleasent View Dr.,    Weslaco, TX 78596-9120
cr           +Compass Bank c/o Vicki M. Skaggs, Atlas & Hall, LL,    P.O. Box 3725,   McAllen, TX 78502-3725
cr           +Hidalgo County,   c/o John T. Banks,    3301 Northland Drive, Ste. 505,   Austin, TX 78731-4954
7832025       AT&T,   P.O. BOX 630060,    DALLAS, TX 75263
7832027      +Bank Of America, N.a.,    450 American St,   Simi Valley, CA 93065-6285
8010881      +Certi-Med Collections,    PO Box 782408,   San Antonio, TX 78278-2408
7832031       City of Brownsville EMS,    PO Box 2067,   Brownsville, TX 78522-2067
7832032      +City of Weslaco,   c/o Diane W. Sanders,    Linebarger Goggan Blair & Sampson,    P.O. Box 17428,
               Austin, TX 78760-7428
7832033      +City of Weslaco,    255 S. Kansas Ave.,    Weslaco, TX 78596-6158
7832034      +Collectron Of Atlanta/Carter-Young,    Attention: Bankruptcy,    P.O. Box 82269,
               Conyers, GA 30013-9433
7832035      +Compass Bank,   c/o Vicki M. Skaggs,    Atlas & Hall, L.L.P.,    P.O. Box 3725,
               McAllen, TX 78502-3725
7832036      +Darling International Inc.,    PO Box 21183,   Houston, TX 77226-1183
8010880      +Doctors Hospital at Renaissance,    5501 S. McColl,   Edinburg, TX 78539-9152
7832039      +EAN Holdings, LLC,    31240 IH 10,   Boerne, TX 78006-9237
7832040      +First Choice Power,    2423 E. Expressway 83, Suite 400,    Mission, TX 78572-9343
7832045       Grocers Supply Co.,    3131 E. HOLCOMBE BLVD.,    HOUSTON, TX 77021-2199
7832046       Grocers Supply Co.,    P.O. BOX 14200,   HOUSTON, TX 77221-4200
7832047      +Hidalgo County & Drainage Dist. # 1,    c/o John T. Banks,
               Perdue, Brandon, Fielder, Collins & Mott,    3301 Northland Drive, Ste. 505,
               Austin, TX 78731-4954
7832048      +Hollon Oil Company,    1300 Davenport,   Weslaco, Texas 78596-6538
7832049      +Home Products System Carico,    PO Box 796,   Pharr, TX 78577-1615
7832050      +Horace Mann,   1 Horace Mann Plaza,    Springfield, Illinois 62715-0002
7832053      +JP Morgan Chase,    P.O. Box 901098,   Fort Worth, TX 76101-2098
8010879      +LV Tower 52 Condo Owners Assoc. Inc.,    c/o LV Tower 52 Management Co, LLC,
               100 Crescent Court, Ste 260,   Dallas, TX 75201-7855
7832055      +Oak Farms,   PO Box 200349,   Dallas, TX 75320-0349
7832056      +Orthopedic Surgery Center,    2402 Cornerstone Blvd.,   Edinburg, TX 78539-8462
7832057      +Oscar's Auto,   321 E. Business Highway 83,    Donna, TX 78537
7832059      +Pro Medic EMS,   PO Box 2190,    San Juan, TX 78589-7190
7832060      +Quantum Financial Bus,    10395 W Colfax Ave Ste 3,    Lakewood, CO 80215-3925
7832061      +Reliant Energy Retail Services, LLC,    PO Box 1046,   Houston, TX 77251-1046
7832062       Rio Grande Oral Maxillofacial,    1622 N. Ed Carey Dr.,    Harlingen, TX 78550-8286
7832063      +Sarma,   1801 Broadway St,    San Antonio, TX 78215-1227
7832064      +Sarma Coll,   1801 Broadway St,    San Antonio, TX 78215-1227
7832065      +Sotxfedcrun,   Pob 3309,   Mc Allen, TX 78502-3309
7875502      +South Texas College,    c/o Diane W. Sanders,    Linebarger Goggan Blair & Sampson, LLP,
               PO BOX 17428,    Austin, TX 78760-7428
7875504      +South Texas ISD,   c/o Diane W. Sanders,    Linebarger Goggan Blair & Sampson, LLP,    PO BOX 17428,
               Austin, TX 78760-7428
7832067       Southwest Saw Corporation,    PO Box 262572,   Houston, TX 77207-2572
7832068       TeleCheck Services, Inc.,    PO Box 60028,   City of Industry, CA 91716-0028
7832070       Texas Comptroller of Public Accounts,    c/o Office of the Attorney General,
               Bankruptcy - Collections Division,    PO Box 12548,   Austin TX 78711-2548
7832071       Time Warner Cable,    PO Box 60074,   City of Industry, CA 91716-0074
7832072       Tropical Refrigeration Systems, Inc.,    31796 F.M. 1575,   Los Fresnos, TX 78566
7832075      +Wells Fargo DLR SVS,    PO Box 997517,   Sacramento, CA 95899-7517
7875501      +Weslaco ISD,   c/o Diane W. Sanders,    Linebarger Goggan Blair & Sampson, LLP,    PO BOX 17428,
               Austin, TX 78760-7428
7832076      +Westgate Resorts,   c/o Central Florida Investments, Inc.,    Corporate Headquarters,
               5601 Windhover Dr.,   Orlando, Florida 32819-7936
7832077       Westgate Resorts,    PO Box 850001,   Orlando, L 32885-0003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7832024      +EDI: AMEREXPR.COM Aug 01 2012 20:48:00      American Express,   American Express Special Research,
               PO Box 981540,   El Paso, TX 79998-1540
7832026      +EDI: BANKAMER.COM Aug 01 2012 20:48:00      Bank Of America,   Attention: Recovery Department,
               4161 Peidmont Pkwy.,   Greensboro, NC 27410-8110
7832028      +EDI: CAPITALONE.COM Aug 01 2012 20:48:00      Capital 1 Bank,   Attn: Bankruptcy Dept.,
               PO Box 30285,   Salt Lake City, UT 84130-0285
7832029      +EDI: CHASE.COM Aug 01 2012 20:48:00      Chase Mht Bk,   Attn: Bankruptcy,   PO Box 15145,
               Wilmington, DE 19850-5145
7832030      +EDI: CITICORP.COM Aug 01 2012 20:48:00      Citibank Sd, Na,   Attn: Centralized Bankruptcy,
               PO Box 20507,   Kansas City, MO 64195-0507
7832037      +EDI: DISCOVER.COM Aug 01 2012 20:48:00      Discover Fin,   Attention: Bankruptcy Department,
               PO Box 3025,   New Albany, OH 43054-3025
7832038       E-mail/Text: KGRAUGNARD@DCSCOLLECT.COM Aug 01 2012 21:10:17       Diversified Credit Sys,
               706 Glencrest Lnste A,   Longview, TX 75601
7832041       E-mail/Text: PACER@WEBFNB.COM Aug 01 2012 21:10:16      FIRST NATIONAL BANK,   PO BOX 660,
               EDINBURG, TX 78540-0660
```

```
District/off: 0541-7          User: gcha              Page 2 of 3              Date Rcvd: Aug 01, 2012
                              Form ID: b18            Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
7832042        +EDI: RMSC.COM Aug 01 2012 20:48:00      GE Capital Retail Bank,    Attn: Bankrupcy Dept.,
                 PO Box 103106,    Roswell, GA 30076-9106
7832043         EDI: RMSC.COM Aug 01 2012 20:48:00      GE Capital Retail Bank,    PO Box 956008,
                 Orlando, FL 32896-5008
7832044        +EDI: RMSC.COM Aug 01 2012 20:48:00      Gemb/JC Penny,    Attention: Bankruptcy,    PO Box 103104,
                 Roswell, GA 30076-9104
7867094        +E-mail/Text: toddsadwin@westbayconsumer.com Aug 01 2012 21:11:47       Hollywood Video,
                 c/o West Bay Acquisitions, LLC,    PO Box 8009,   Cranston, RI 02920-0009
7832051        +EDI: HFC.COM Aug 01 2012 20:48:00      Hsbc Bank,    ATTN: BANKRUPTCY,    PO BOX 5213,
                 Carol Stream, IL 60197-5213
7832052         EDI: IRS.COM Aug 01 2012 20:48:00      Internal Revenue Service,    Special Procedures,
                 300 E. 8th St. STOP 5026AUS,    Austin, TX 78701
7832054        +EDI: MID8.COM Aug 01 2012 20:48:00      Midland Credit Mgmt In,    8875 Aero Dr,
                 San Diego, CA 92123-2255
7832058         EDI: PRA.COM Aug 01 2012 20:48:00      Portfolio Rc,    Attn: Bankruptcy,    PO Box 41067,
                 Norfolk, VA 23541
7832066         E-mail/Text: NOTIFICATIONEMAIL.ATLCBO@UHSINC.COM Aug 01 2012 21:12:20
                 South Texas Health Systems,    P.O. Box 31001-0827,    Pasadena, CA 91110-0827
7832073         E-mail/Text: ustpregion07.cc.ecf@usdoj.gov Aug 01 2012 21:11:56        United States Trustee,
                 606 N Carancahua St # 1107,    Corpus Christi, TX 78401-0680
7832074        +EDI: AFNIVZCOMBINED.COM Aug 01 2012 20:48:00      Verizon,    P O Box 920041,
                 Dallas, TX 75392-0041
                                                                                                TOTAL: 19

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              City of Weslaco
cr              South Texas College
cr              South Texas ISD
cr              Weslaco ISD
7875503*       +City Of Weslaco,   c/o Diane W. Sanders,   Linebarger Goggan Blair & Sampson, LLP,    PO BOX 17428,
                 Austin, TX 78760-7428
7868172*       +Hollywood Video,   c/o West Bay Acquisitions, LLC,   PO Box 8009,    Cranston, RI 02920-0009
7832069*        TeleCheck Services, Inc.,   P.O. Box 60028,   City of Industry, CA 91716-0028
                                                                                   TOTALS: 4, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2012**            **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0541-7          User: gcha              Page 3 of 3              Date Rcvd: Aug 01, 2012
                              Form ID: b18            Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2012 at the address(es) listed below:

```
              Diane Wade Sanders    on behalf of Creditor   City of Weslaco austin.bankruptcy@publicans.com
              Ellen C Stone    on behalf of Debtor Leopoldo Diaz ignmca@ellenstonelaw.com,
               esbkmca@ellenstonelaw.com
              John T Banks    on behalf of Creditor   Hidalgo County jbanks@pbfcm.com
              US Trustee    USTPRegion07.CC.ECF@USDOJ.GOV
              Vicki M Skaggs    on behalf of Creditor   Compass Bank c/o Vicki M. Skaggs, Atlas & Hall, LLP
               vmscourt@atlashall.com,    crtnot@atlashall.com
              William C Romo    wcromo@aol.com,    wr@trustesolutions.com
                                                                                             TOTAL: 6
```